UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CRYSTAL L. HINES,  )<br>  )<br>   Plaintiff,  )<br>  )<br>   v.  )<br>  )<br> MICHAEL J. ASTRUE,  )<br> Commissioner of Social Security  )<br>  )<br>   Defendant.  )<br> _____  ) | CASE NO. C10-1684-MAT<br><br>ORDER STRIKING STIPULATED<br>MOTION TO EXTEND WITHOUT<br>PREJUDICE |

Plaintiff filed a Stipulation for Extension of Briefing Schedule. (Dkt. 10). This motion did not include a showing of good cause, which the Court's Scheduling Order advised would be required for any extension of the briefing schedule to be granted. *See* Dkt. 8, p. 2. Consequently, plaintiff's Stipulation is STRICKEN without prejudice. **Plaintiff may refile an agreed motion for extension with a statement of the required good cause.**

DATED this 31st day of January, 2011.

/s/ Mary Alice Theiler
Mary Alice Theiler
United States Magistrate Judge

ORDER STRIKING STIPULATED
MOTION TO EXTEND WITHOUT PREJUDICE
PAGE -1