U.S. Magistrate Judge Mary A. Theiler

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CRYSTAL L. HINES, | ) |
| | ) |
| Plaintiff, | )   NO.  C10-1684-MAT |
| | ) |
| vs. | )   ORDER AMENDING |
| | )   BRIEFING SCHEDULE |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

Based on the stipulation of the parties it is hereby ORDERED that the briefing schedule be amended as follows:

| | |
|---|---|
| Plaintiff's brief: | March 4, 2011 |
| Commissioner's brief: | April 1, 2011 |
| Plaintiff's reply brief: | April 15, 2011 |

DATED this <u>31st</u> day of <u>January</u>, 2011.

Mary Alice Theiler
United States Magistrate Judge

Presented by:

VAIL-CROSS & ASSOCIATES

By:_____/s/ Karla E. Rood_____
      KARLA E. ROOD  WSBA# 42091
      Attorney for Plaintiff

ORDER AMENDING BRIEFING SCHED. - 1

**DAVID B. VAIL,**
**JENNIFER M. CROSS-EUTENEIER**
**AND ASSOCIATES**
**P.O. BOX 5707**
**TACOMA, WASHINGTON 98415-0707**
**TACOMA: (253) 383-8770**
**SEATTLE: (253) 874-2546**
**OLYMPIA: (360) 943-8098  FAX: (253) 383-8774**