UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| CRYSTAL L. HINES,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant | Civil No.  C10-1684-MAT<br><br><br>[~~PROPOSED~~] ORDER AMENDING THE SCHEDULING ORDER |

    Based upon the motion by Defendant, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Defendant shall file a response to Plaintiff's Opening Brief on or before May 2, 2011; and

- Plaintiff shall file the Optional Reply Brief on or before May 16, 2011.

**This is the parties' 2nd stipulated extension of the briefing schedule.  No additional extensions will be granted absent extraordinary circumstances.**

    DATED this <u>31st</u> day of March, 2011.

                                            */s/ Mary Alice Theiler*
                                            Mary Alice Theiler
                                            United States Magistrate Judge

1
2
3   Presented By:

4   /s/ Jordan D. Goddard
    JORDAN D. GODDARD
    Special Assistant U.S. Attorney
5   Office of the General Counsel
    Social Security Administration
6   701 Fifth Avenue, Suite 2900 M/S 221A
    Seattle, Washington 98104-7075
7   Telephone: (206) 615-2733
    Fax: (206) 615-2531
8   jordan.goddard@ssa.gov

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23